IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.   No. 4:23-CR-00153-01-JM

JOSHUA NELSON

**ORDER**

Defendant's motion for appointment of counsel (Doc. No. 65) and motion for certificate of appealability are DENIED.

There is no "constitutional right to counsel in a habeas action" and the "interests of justice" do not require appointment in this case.[1]

The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1] Defendant has not made a substantial showing of the denial of any constitutional right.

IT IS SO ORDERED this 13th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994); 18 U.S.C. § 3006A(a)(2)(B).

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).